UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
U.S. BANK NATIONAL ASSOCIATION,                                         :
                                                                        :
                              Plaintiff,                                :
                                                                        :
              -against-                                                 :
                                                                        :   14 Civ. 04703 (SJF) (GRB)
SUN LIFE ASSURANCE COMPANY OF CANADA,                                   :
                                                                        :
                              Defendant.                                :
                                                                        :
----------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

       I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff

U.S. Bank National Association.

Dated: March 5, 2015

                                              _____
                                              Alyssa J. Astiz
                                              CURTIS, MALLET-PREVOST,
                                                  COLT & MOSLE LLP
                                              101 Park Avenue
                                              New York, New York 10178-0061
                                              (212) 696-6000
                                              jgottlieb@curtis.com

                                              *Attorneys for Plaintiff U.S. Bank*
                                                  *National Association*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2015, a true and correct copy of the foregoing Notice of Appearance was served via ECF mail upon the following:

Thuy T. Bui
Drinker Biddle & Reach LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
(212) 248-3144
thuy.bui@dbr.com

Marsha J. Indych
Drinker Biddle & Reach LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
(212) 248-3144
marsh.indych@dbr.com

John Bloor
Drinker Biddle & Reach LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
(212) 248-3144
john.bloor@dbr.com

*Attorneys for Defendant*

Alyssa J. Astiz