# CIVIL CAUSE FOR TELEPHONE CONFERENCE

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★   MAY 26 2015   ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: May 26, 2015   **TIME**: 30 minutes

**CASE NUMBER**:   2:14-cv-04703-SJF-GRB

**CASE TITLE**:   U.S. Bank National Association v. Sun Life Assurance Company of Canada

**PLTFFS ATTY**:   Jonathan Walsh  and Alyssa Astiz
   X  present          ___ not present

**DEFTS ATTY**:   John Bloor
   X  present          ___ not present

**COURT REPORTER**: _____

**COURTROOM DEPUTY**: Bryan Morabito

**OTHER**: _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:    ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

Outstanding discovery is respectfully referred to the assigned Magistrate Judge. All discovery to be completed by 11/23/2015. Dispositive motions to be filed by 1/26/2016. A pretrial conference is scheduled before Judge Feuerstein on 3/24/2016 at 11:15 am.