

John Bloor
215-988-2736 Direct
215-988-2757 Fax
john.bloor@dbr.com

*Law Offices*
One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

(215) 988-2700 phone
(215) 988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

November 6, 2015

**VIA ECF**

The Honorable Gary R. Brown, U.S. Magistrate Judge
Courtroom 840
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:   U.S. Bank National Ass'n v. Sun Life Assurance Company of Canada, Case No. 14-CV04703-SJF-GRB

Dear Judge Brown:

I write on behalf of Defendant Sun Life Assurance Company of Canada ("Sun Life") to respectfully request an adjournment of the close of discovery date listed in Judge Feuerstein's May 26, 2015 order. [Dkt. No. 31.] Sun Life has conferred with counsel for Plaintiff in connection with this request, and Plaintiff takes no position on the relief requested. No previous adjournments have been requested.

In her May 26, 2015 order, Judge Feuerstein set a deadline of November 23, 2015 for all discovery to be completed, a deadline of January 26, 2016 for dispositive motions, and a pretrial conference for March 24, 2016. While the parties are diligently engaged in discovery, Sun Life believes that a brief extension of the discovery deadline is necessary.

Sun Life proposes that the discovery deadline be extended to January 15, 2016. This brief extension will allow the final discovery tasks to be accomplished in a more efficient manner, while not disturbing the other dates contained in the May 26, 2015 order. Additionally, since the entry of the May 26, 2015 order, both parties now contemplate using expert witnesses. A brief extension of the discovery deadline will allow the parties to exchange expert reports based on the fullest possible factual record.

Respectfully submitted,

John Bloor

JMB
cc:  Counsel for Plaintiff (via ECF)

*Established* 1849