## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | ISTANBUL | | |
| ASHGABAT | LONDON | ATTORNEYS AND COUNSELLORS AT LAW | |
| ASTANA | MEXICO CITY | | TELEPHONE +1 212 696 6000 |
| BEIJING | MILAN | 101 PARK AVENUE | FACSIMILE +1 212 697 1559 |
| BUENOS AIRES | MUSCAT | NEW YORK, NEW YORK 10178-0061 | WWW.CURTIS.COM |
| DUBAI | PARIS | | |
| FRANKFURT | ROME | | JONATHAN J. WALSH |
| HOUSTON | WASHINGTON, D.C. | | TEL: +1 212 696 8817 |
| | | | FAX: +1 917 368 8917 |
| | | | E-MAIL: jwalsh@curtis.com |

February 18, 2016

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> Re: **U.S. Bank National Association v. Sun Life Assurance Company of Canada, 14-CV-4703 (SJF) (GRB)**

Dear Judge Feuerstein:

Plaintiff U.S. Bank National Association and Defendant Sun Life Assurance Company of Canada jointly write to request an extension of the deadline for filing their respective summary judgment motions via ECF pursuant to the Court's "Bundle Rule."

Reply papers in further support of the parties' respective motions for summary judgment are due to be served on Friday, February 19, 2016. Following service, each party's motion will be fully brief and ready for filing via ECF pursuant to this Court's "Bundle Rule." In order to maintain an orderly docket and to avoid the confusion of two simultaneous and interspersed filings, the parties spoke with Chambers to suggest extending the deadline *for ECF filing purposes only* to Monday, February 22, 2016. This extension will allow the parties to coordinate the timing of their ECF filings so that each party's filing is made as a "bundle" of consecutive docket entries.

This requested extension is for ECF filing purposes only, and will not affect the current deadline for the parties to serve their respective reply briefs.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

February 18, 2016

Respectfully submitted,

| /s/ Jonathan J. Walsh | /s/ John Bloor |
|---|---|
| Jonathan J. Walsh | John Bloor |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Drinker Biddle & Reath |
| 101 Park Avenue | One Logan Square, Suite 2000 |
| New York, NY 10178 | Philadelphia, PA 19107 |
| (212) 696-8817 | (215) 988-2736 |
| jwalsh@curtis.com | john.bloor@dbr.com |

*Attorney for Plaintiff U.S. Bank National Association*

*Attorney for Defendant Sun Life Assurance Company of Canada*